**UNDER SEAL**



AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOHN CAMERON DENTON<br>a/k/a "Rape"<br>a/k/a "Death"<br>a/k/a "Tormentor"<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:20-mj-84<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2018 to April 2019__ in the county of __Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit an offense against the United States, that is, to transmit in interstate commerce communications containing threats to injure the person of another. |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Carina A. Cuellar

_____
*Complainant's signature*

FBI Special Agent, Jonathan M. Lund
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/25/2020

City and state: Alexandria, Virginia

_____/s/_____
Ivan D. Davis
United States Magistrate Judge