'

# **ATTACHMENT A**



**ALEXANDRIA SHERIFF'S OFFICE**

**COVID-19 CORONAVIRUS PROTOCOLS**

**EFFECTIVE  MARCH 18, 2020**

## STATEMENT OF PURPOSE

The purpose of these temporary policy and procedure modifications is to reduce the spread of the COVID-19 Coronavirus amongst staff, inmates, and the public.  They will remain in effect until otherwise directed by the Sheriff.

## INDEX

I.   **POLICY**

II.   **DEFINITIONS**

III.   **PSC COVID-19 SCREENING FOR STAFF AND PUBLIC**

   A.  Screening procedures for general public entering PSC
   B.  Screening procedures for staff and non-staff entering the WGTADC

IV.   **COURTHOUSE COVID-19 PROTOCOLS**

   A.  Screening procedures for general public at the Courthouse
   B.  Attorney client meeting procedures

V.   **WGTADC COVID-19 PROTOCOLS**

   A.  Restrictions and temporary protocols
   B.  Booking/Intake protocols
   C.  Screening protocols for non-PUI new arrestees and inmates
   D.  Protocols for non-PUI new inmate
   E.  Medical follow up for PUI inmate
   F.  Protocols for managing PUI inmates in IRC and 1X Housing Unit
   G.  Protocols for an inmate with presumptive COVID-19 diagnosis
   H.  Transportation of PUI inmates
   I.  Release of PUI inmate from the WGTADC
   J.  Warrant Service at WGTADC

VI.   **WGTADC AND PSC COVID-19 CLEANING PROTOCOL**

    A. WGTADC cleaning protocols (2001 mill road)
    B. PSC cleaning protocols (2003 mill road)

**VII.   GENERAL INFORMATION**

    A. Staff Training
    B. Public Notification
    C. Deliveries to PSC

**I.   POLICY**

This written order will be considered the policy of the Alexandria Sheriff's Office during the COVID-19 Coronavirus pandemic.  This order provides direction to staff on how to reduce the spread of the virus within the William G. Truesdale Adult Detention Center (WGTADC), the Public Safety Center (PSC) and the Alexandria Courthouse with enhanced screening and cleaning measures.

The protocols outlined in this order will dictate how staff within the William G. Truesdale Adult Detention Center, the Public Safety Center, and Alexandria Courthouse will respond to an individual(s) that have been exposed to and/or is currently infected with the COVID-19 Coronavirus.

**II.   DEFINITIONS**

A. COVID-19 Coronavirus – per the Virginia Department of Health, is an infectious respiratory disease caused by a new (novel) coronavirus that initially emerged in Wuhan Provence, China in December of 2019.  The illness has ranged from mild symptoms to severe illness and death for confirmed COVID-19 cases. Most patients with confirmed COVID-19 have developed fever (subjective or confirmed) and/or symptoms of acute respiratory illness (e.g., cough, difficulty breathing). There have also been reports of asymptomatic infection with COVID-19.

B. Public Safety Center (PSC) - The building and grounds that house the Alexandria Sheriff's Administrative Offices, the William G. Truesdale Adult Detention Center (WGTADC), and the Alexandria magistrate's office.  The building and grounds are located at 2001 and 2003 Mill Road Alexandria, VA 22314.

C. Courthouse – Located at 520 King Street Alexandria, Virginia and houses the Circuit, General District, and Juvenile & Domestic Relations Courts for the City of Alexandria, the Clerk of the Court, and Alexandria Court Services Unit.

D. ASO Screening Questionnaire for COVID-19 Coronavirus – A questionnaire that ASO staff will use to help determine if an arrestee, inmate, staff member, or member of the public has been exposed to or is possibly infected with the COVID-19 Coronavirus.

E.  Person Under Investigation - Any arrestee, inmate, staff member, or member of the public who is screened at the PSC, Courthouse, or WGTADC via an ASO COVID-19 Coronavirus screening form and answers "yes" to any of the questions.

III.  **PSC COVID-19 SCREENING FOR STAFF AND PUBLIC**

A.  Screening procedures for general public entering the PSC

i.  Staff will determine the purpose of each persons visit.  If the visit is not for an essential function operating within the PSC, the person will be denied entry.  Staff will consult with the watch commander, if needed, to determine what are essentials functions within the PSC.

ii.  Staff will observe each person for symptoms of COVID-19 Coronavirus.  If they feel a person is symptomatic, they will:

1.  Order the person to exit the front screening post and wait for further communication from staff via the intercom system.

2.  Staff will contact the watch commander and advise them of the situation.

3.  The watch commander will determine if the person will be denied entry into the PSC.

iii.  If a person does not appear to be symptomatic, they will:

1.  Ensure an ASO COVID-19 Coronavirus PSC screening form is completed.  If the answer is "yes" to any of the questions on the form staff will:

a.  Order the person to exit the front screening post and wait for further communication from staff via the intercom system.

b.  Staff will contact the watch commander and advise them of the situation.

c.  The watch commander will determine if the person will be denied entry into the PSC.

2.  After a person completes the ASO COVID-19 Coronavirus PSC screening form and answers "no" to all the questions, a non-evasive body temperature test will be administered to ensure an individual's body temperature is not above 99 degrees.  If the temperature is above 99 degrees, staff will:

          a. Order the person to exit the front screening post and wait for further communication from staff via the intercom system.

          b. Staff will contact the watch commander and advise them of the situation.

          c. The watch commander will determine if the person will be denied entry into the PSC.

    iv. After a person completes the ASO COVID-19 Coronavirus PSC screening form and answers "no" to all the questions and a non-evasive body temperature test has been administered to ensure an individual's body temperature is not above 99 degrees they will be permitted to enter the PSC.

B. Screening procedures for staff and non-staff entering the WGTADC

    i. Staff will only allow persons into the WGTADC that are essential to jail operations.  Staff can consult with the watch commander, if needed, to determine what essential jail operations are.

    ii. All persons (staff and non-staff) entering the WGTADC who were not screened at the front gate will follow these protocols:

        1. Wash their hands by utilizing a restroom in the PSC before entering the WGTADC.

        2. Receive a non-evasive body temperature test to ensure their body temperature is not above 99 degrees.  If it is above 99 degrees:

          a. They will receive and don a surgical mask and non-latex gloves, exit Control 1, have a seat on the benches, and wait for further communication via the intercom system.

          b. Staff will contact the watch commander and advise them of the situation.

          c. The watch commander will determine if they will be denied entry into the WGTADC.

## IV.   COURTHOUSE COVID-19 PROTOCOLS

A. Screening procedures for general public at the Courthouse

    i.  The front screening posts deputies will:

        1.  Ask every person entering the Courthouse the purpose for their visit.  If their visit is for a non-essential purpose, entry will be denied.

        2.  If their visit is for an essential purpose, the deputy will ask them the questions listed on the ASO COVID-19 Coronavirus screening form.  If the person answers "yes" to any questions the person will be asked to leave the courthouse.

        3.  Any disputes about entry into the courthouse will be decided by the chief judge of the various courts.

B.  Attorney client meeting procedures

    i.  All attorney client meetings at the Courthouse will be done behind glass in the inmate holding area.

## V.   WGTADC COVID-19 PROTOCOLS

A.  Restrictions and temporary protocols:

    i.  All individuals (staff and non-staff) providing and receiving any items to and from inmates will wear non-latex gloves provided by ASO.

    ii.  All inmates' body temperatures will be taken daily with a No-Touch thermometer by pointing and activating the thermometer approximately one inch in front of the individual's forehead.  Any inmate with a temperature at or above 99 degrees will be reported to medical staff and the watch commander immediately.

    iii.  All tours of the ADC are cancelled.

    iv.  All contact visits are cancelled until further notice. Professional visits can be conducted via the non-contact booths on a case by case basis with approval from the Special Management sergeant.

    v.  All external programs involving non ASO staff or contractors will be cancelled until further notice.  All internal programs involving ASO staff will continue.  Any exceptions will be communicated via a written directive from a Chief Deputy or higher.

    vi.  All inmate moves and reclassifications will be made on an as needed basis with approval of the watch commander.

vii.  All social visitation is cancelled, and inmates will receive an hour of free phone time per week.

viii.  All visits to the Law library are cancelled. Law library staff will have requested legal information sent to inmates in the housing units.

ix.  All inmates will be reminded to wash their hands frequently throughout the day for at least 20 seconds with newly purchased soap.

x.  Suspension of all weekender inmates.

xi.  Suspension of the work release program.

xii.  Modified work release participants will report to the Visitor's Center upon their arrival and speak to staff via the intercom system.  They are not permitted on the PSC grounds.

B.  Booking/Intake protocols

i.  All new arrestees will be screened by the arresting officer prior to transport to the WGTADC by completing the ASO Arrestee Intake and Transfer Screening Questionnaire for COVID-19 Coronavirus.

ii.  Any arrestee who answers "yes" to any of the screening questions will be referred to as a Person Under Investigation (PUI) and the following protocols will be followed:

1.  The arresting officer will notify Control 1 that they have a PUI arrestee prior to transport by calling 703-746-4099.

2.  Upon their arrival they will remain in the sally port.  The Control 1 deputy will advise them to remain in their vehicle and wait for staff.  The Control 1 deputy will immediately notify the watch commander.

3.  A nurse and a pre-designated deputy will come out to the vehicle and conduct the initial assessment/questioning with the arrestee wearing the following personal protective equipment (PPE):

a.  Goggles and/or protective face mask
b.  Surgical mask
c.  Disposable medical gown
d.  Disposable non-latex gloves.

4.  If the arrestee is combative, two SERT deputies wearing their gas masks, full protective suit, and non-latex gloves,

will respond to the sally port with medical staff.

5. After the initial assessment, if the arrestee is considered a PUI and medically cleared the following will occur:

    a. The magistrate will be contacted.  A probable cause and commitment hearing will be conducted with the arrestee in the sally port and the magistrate in the search area sally port area between doors 5, 6, and 7.

    b. If the arrestee is not committed, they will be booked in and fingerprinted inside of the sally port.  They will not be permitted to come inside of the ADC.  Before the individual is released, medical staff will contact the Alexandria Health Department.

    c. If the arrestee is committed the following will occur:

        i. The inmate will don a surgical mask and non-latex gloves.

        ii. There will be zero movement called before they enter.

        iii. Once inside, the one pre-designated deputy or SERT deputies will immediately escort the arrestee to a negative pressure cell.  If there are no more negative pressure cells, they will go to 1X.

C.  Screening protocols for non-PUI new arrestees and inmates

    i. Until further notice, the following protocols have been implemented with new arrestees and all inmates being brought into the ADC who are not considered a PUI:

        1. The arresting or transporting officers will remain in the sally port and medical staff will take the inmates and arrestees temperature with a No-Touch thermometer by pointing and activating the thermometer approximately one inch in front of the individual's forehead.

        2. Inmates will wash their hands in I5 and change into a new jumpsuit before returning to their housing unit.

D.  Protocols for a non-PUI new inmate

    i. All new inmates not considered a PUI will be housed in IRC, 1EF,

and 1A for the first 14 days of their incarceration for monitoring of COVID-19 Coronavirus symptoms.  Male inmates will be housed in 1EF and female inmates will be housed in 1A.

ii. A deputy will be inside of the 1EF housing unit twenty-four hours a day providing direct and constant supervision of the inmates. 1A will be supervised as current policy dictates.

iii. These inmates will not be rehoused to general population until they receive final medical clearance.

iv. The management of the inmates in the 1EF unit, and 1A unit will be monitored at least every 12 hours by the Director of Inmate Services and the Security Division captains.

v. Any further modifications to the 1EF and 1A units will only be approved by the Chief of Security.

E.  Medical follow up for a PUI inmate

i. The PUI will undergo a full medical assessment by the medical staff.  Medical staff will inform the watch commander of any changes in the inmate's health.

ii. If the doctor, in consultation with Alexandria Department of Public Health, makes the determination that the inmate is no longer considered a PUI, they will notify the watch commander.

iii. The inmate will then be classified and moved according to current policies and procedures.

iv. Negative pressure cells and cells in 1X are to be decontaminated using the electrostatic sprayer with proper chemicals immediately after the inmate is re-housed and prior to another inmate occupying the negative pressure cells or 1X cells.

F.  Protocols for managing PUI inmates in IRC and 1X Housing Unit

i. Movement will be restricted in and out of the unit.

ii. When out of their cell, the inmate must wear a surgical mask and non-latex gloves.

iii. Plans to accommodate legal visits and programs will be developed, if needed.

iv. Deputies assigned to these units will don PPE before entering 1X, when removing an inmate from the cell in 1X or IRC, and during

IRC meal service.

   v. The deputy will remove their PPE gear and place it in a bio-hazard bag for proper disposal in a location determined by the watch commander and medical staff.

   vi. All inmate meals will be served in disposable trays. The meal cart will be placed outside the unit. A deputy will retrieve the cart and distribute the meals wearing PPE.

   vii. The deputy will place the trays in a bio-hazard bag for proper disposal.

   viii. All bio-hazard bags will be taken to the bio-hazard box in I5.

   ix. A deputy will sanitize the cart using the industrial strength sanitizer wipes.

   x. The location where the PPE is removed will be decontaminated immediately using the electrostatic sprayer with proper chemicals.

G. Protocols for an inmate with presumptive COVID-19 diagnosis

   i. The watch commander will be notified immediately.

   ii. Medical staff is to be notified immediately of the PUI inmate and will arrange to have all inmates in this unit screened for possible exposure.

   iii. The inmate will remain in their cell for 14 days in isolation.  If they have a cellmate, the cellmate will move to a single cell within the same housing unit.

   iv. The housing unit in which the inmate is in will be locked down and placed in a quarantine status for 14 days.

   v. If any inmates in the housing unit leave their cell, they will have a surgical mask and non-latex gloves on.

   vi. Deputies in that unit will don the following PPE for the duration of their shift:

       1. Goggles and or a protective face shield
       2. Surgical mask
       3. Disposable medical gown or disposal Tyvek suit
       4. Non-latex gloves

   vii. The watch commander will arrange the decontamination of the unit

and items that leave the unit.

    viii.  The watch commander will immediately notify their division commander.

    ix.  All meals will be served in Styrofoam trays during the 14-day quarantine.

    x.  The watch commander and medical staff will then contact the Alexandria Health Department 24/7 emergency number to determine if any other actions need to be taken.

    xi.  The Director of Inmate Services and Security Division Commanders will monitor this unit at least every 12 hours for staff and inmate wellbeing.

H.  Transportation of PUI inmates

    i.  Transportation of PUI inmates will only occur if court ordered.  The inmate will wear a surgical mask and non-latex gloves.  All deputies involved in the transport will wear PPE.

    ii.  If a PUI inmate needs to be transported to the hospital they will be transported by ambulance.  All deputies involved in the transport will wear PPE.

    iii.  Any Sheriff's Office vehicle used to transport a PUI inmate will be disinfected by wiping down all surfaces with the "Sani-Cloths" germicidal disposable wipes.

I.  Release of PUI inmate from the WGTADC

    i.  If the PUI inmate makes bond or is scheduled to be released, the watch commander is responsible for notifying the Alexandria Public Health Department at 571-259-8548 for guidance before releasing them.  The watch commander will then ensure that all proper PPE is donned by the inmate and staff during the release process, minimize the inmate's movement, and arrange for all areas the inmate traveled to be immediately disinfected.

J.  Warrant Service at the WGTADC

    i.  If an inmate has an active warrant and the ASO warrant unit is not available to serve it, a booking deputy will:
        1.  Notify the watch commander.

        2.  Execute the warrant and follow all proper booking procedures.

10

3. Notify APD that a warrant has been served by calling 703-746-4444 and request for an APD officer to contact the executing booking deputy, via the telephone.

4. The booking deputy will provide the officer with all the information needed so that the officer can complete the police report and all other APD related paperwork.

ii. When persons arrive at the PSC with an active warrant, ASO staff will:

1. Notify the watch commander.

2. Complete an ASO COVID-19 New Arrestee Screening Form and follow all procedures outlined in section V, subsections B and C of this policy.

3. Contact APD and have them provide ASO staff the warrant.

4. Execute the warrant and follow all proper booking procedures.

5. Notify APD that a warrant has been served by calling 703-746-4444 and request for an APD officer to contact the executing booking deputy, via the telephone.

6. The booking deputy will provide the officer with all the information needed so that they can complete the police report and all other APD related paperwork.

## VI.  WGTADC AND PSC COVID-19 CLEANING PROTOCOL

A. WGTADC cleaning protocols (2001 Mill Road)

i. The following locations will be cleaned at least once per shift with the electrostatic sprayer or other cleaning supplies:

1. IRC/Booking
2. Medical Unit
3. I5
4. Visiting area both public and inmate side
5. Control 1 lobby
6. Visitor elevator
7. Elevator landings
8. Expanded cleaning to include housing units will occur once the above are cleaned first.

ii. Staff will utilize sanitizing wipes at least twice per shift to clean their workstations, preferably at the beginning and end of their shift. Inmates will not be provided sanitizing wipes at any time.

iii. Supervisors will ensure all doorknobs and handles are wiped down once per shift with sanitizing wipes. This includes the elevator and buttons.

iv. All staff are to follow proper hand washing hygiene. Staff are to wash hands routinely, particularly if they have contact with potentially infectious material, and before putting on and upon removal of PPE, including gloves. Hand hygiene can be performed by washing with soap and water for at least 20 seconds.

v. Decontamination of Sheriffs' Office vehicles will be conducted after every transport by wiping down all surfaces with the "Sani-Cloths" germicidal disposable wipes.

vi. Inmate Kitchen Work Force Protocol

1. All kitchen work force inmates are to wash their hands upon leaving their housing unit and upon arrival to the kitchen. The kitchen supervisor shall ensure proper hygiene is enforced throughout the day in addition to ensuring gloves and other protective clothing is worn by food service staff and inmates.

2. After dinner meal service the meal cart will be cleaned by a kitchen inmate worker under the DIRECT SUPERVISION of Aramark kitchen staff with a bleach-based cleaning solution before placing it outside the kitchen.

B. PSC cleaning protocols (2003 Mill Road)

i. All staff will sanitize their workstations/areas at least once daily.
ii. All staff are to follow proper hand hygiene. Staff are to wash hands routinely, particularly if they have contact with potentially infectious material, and before putting on and upon removal of PPE, including gloves. Hand hygiene can be performed by washing with soap and water for at least 20 seconds.

iii. All common areas will be cleaned at least once Monday through Friday by Classic Cleaning to include but not limited to:

1. ACJS
2. Locker rooms
3. Workout room
4. Roll call rooms

12

      5.  Magistrates lobby

      6.  1st and 2nd Admin floors

    iv.  Individuals reporting for Pre-Trial Services will wash their hands in the restroom immediately upon reporting. Pre-Trial Services may evolve to a call in only depending upon advisement from the courts and the Alexandria Health Department.

## VII.   GENERAL INFORMATION

A.  Staff training:

Mandatory training for all sworn and civilian staff will be coordinated between the Sheriff's Office and Wellpath as needed. Updates will be provided as appropriate.

B.  Public notification:

The Sheriff's Office PIO will inform the community of any outbreaks in the detention facility.

C.  Deliveries to PSC:

    i.  All US postal and delivery services will be delivered to the Visitor's Center.

    ii.  All outside food deliveries will stop at the front screening post in the Visitor's Center.

**DANA LAWHORNE, SHERIFF**

**MARCH 18, 2020**
**DATE**