# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **PLEA AGREEMENT HEARING** |
| **JOHN CAMERON DENTON** | Case No. 1:20CR154 |

HONORABLE LIAM O'GRADY presiding  Time Called: 11:21 a.m.
Proceeding Held: July 14, 2020  Time Concluded: 11:55 a.m.
Deputy Clerk: Amanda  Court Reporter: S. Wallace

**Appearances:**

UNITED STATES OF AMERICA by:   Carina Cuellar

JOHN DENTON in person and by:   Andrew Stewart

INTERPRETER: None   ☐ Interpreter Sworn

---

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea Agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☐ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☐ Mandatory minimum sentence
  - ☒ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

---

- ☒ GUILTY plea entered to Count(s) of the ☐ indictment, ☐ superseding indictment, ☒ information
- ☒ PSR ordered
- ☒ Sentencing set for: November 17, 2020 @ 9:00 a.m.

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- X Waiver of Indictment filed knowingly and voluntarily

---

☒ Detention continued; or   ☐ Bond continued:   ☒ as previously set, or   ☐ as modified: