# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☐ Under Seal

City:
County: Alexandria

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:20mj84
Search Warrant Case No.:

Judge Assigned: Liam O'Grady
Criminal No.: 1:20cr154
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: John Cameron Denton  Alias(es): Rape, Death, Torment  ☐ Juvenile  FBI No.:
Address: Montgomery, Texas 77316
Employment: Unemployed
Birth Date: 1993  SSN:  Sex: Male  Race: White  Nationality: US
Place of Birth: Texas  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
☐ Interpreter  Language/Dialect:  Auto Description:

**Location/Status:**

Arrest Date: Feb 25, 2020  ☒ Already in Federal Custody as of:  in:
☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending     ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

Name: Andrew Stewart   ☐ Court Appointed   Counsel Conflicts:
Address: 2007 15th St N #201, Arlington, VA 22201   ☒ Retained
Phone: (703) 248-0626   ☐ Public Defender   ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): Carina A. Cuellar   Phone: 703-299-3800   Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Jonathan M. Lund

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Consp against the United States | 1 | Felony |
| Set 2: | | | | |

Date: 7/1/2020   AUSA Signature: /s/ Carina A. Cuellar

*may be continued on reverse*