# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **Criminal No: 1:20cr154** |
| ) | **The Honorable Liam O'Grady** |
| JOHN CAMERON DENTON ) | |
|     Defendants. ) | |

## UNOPPOSED MOTION TO CONTINUE THE SENTENCING HEARING

The defendant, John Cameron Denton, by and through undersigned counsel, respectfully requests that this Court continue the sentencing hearing tht is scheduled for April 13, 2021.

1. Counsel timely received the government's position on sentencing on April 7.

2. Undersigned counsel delivered the government's position directly to the jail on April 8 along with the final version of the presentence investigation report.

3. Counsel requires additional time to review the government's position with Mr. Denton and his family in order to prepare his position on sentencing.

4. The government does not object to this request and, after conferring with Mr. Denton's family who will be traveling from Texas to attend the sentencing hearing, it appears that May 4, 2021, is the earliest available date.

Wherefore, for the foregoing reasons, Mr. Denton respectfully requests that this Court grant his unopposed motion to continue the April 13, 2021, sentencing hearing. Counsel proposes that the matter be rescheduled to May 4, 2021 if that date is available to the Court.

Respectfully submitted,
John Cameron Denton

By: /s/ *Andrew M. Stewart*          .
ANDREW M. STEWART, ESQ.
Virginia State Bar No. 68683
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2021, I electronically filed the foregoing motion with the clerk of the court using the CM/ECF system, which will send an electronic copy to the following:

Carina Cuellar
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

By: /s/ *Andrew M. Stewart*          .
ANDREW M. STEWART, ESQ.
Virginia State Bar No. 68683
Attorney for the Defendant
2007 15th Street North, Suite 201
Arlington, VA 22201
Phone: 703-248-0626
Fax: 703-248-8971
andrew.m.stewart.esq@gmail.com