In reference to Case No. 1:2020cr00154 or any cases related to John Cameron Denton within your district.

I request return of all property seized in relation to the above titled case and/or person. The above titled case is concluded with no forfieture or seizure related to any property that is now in the possession of your agency.

Please contact me with instructions on how I may reaquire my personal property and/or the disposition of said property.

FILED
MAILROOM
FEB 28 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

John Cameron Denton