NAME: [illegible]
NUMBER: 13957-579
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

⇔13957-579⇔
Albert V Brian Us Courhouse
401 Courthouse SQ
Alexandria, VA 22314
United States





USPS TRACKING #
9114 9022 0078 9765 4922 74



FEB 28 2022
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA